STATE v. COX

No. 27P92

Case below: 104 N.C.App. 804

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

STATE v. JEFFERSON

No. 534P91

Case below: 104 N.C.App. 556

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

STATE v. JOYCE

No. 13P92

Case below: 104 N.C.App. 558

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 4 March 1992.

STATE v. MITCHELL

No. 560A91

Case below: 104 N.C.App. 514

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 4 March 1992.

STATE v. PETERSILIE

No. 043P92

Case below: 105 N.C.App. 233

Petition by Attorney General for writ of supersedeas allowed 4 March 1992. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and petition for certiorari under Rule 21 allowed 4 March 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.